FRIEDA DAVIDSON, Respondent, v. MOSES SCHINDLER, Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $3,138.53; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.; Dowling and Merrell, JJ., dissent and vote for reversal and a new trial on the ground that no negligence was shown on the part of the defendant.

SOLLY H. DAVIDSON, Respondent, v. MOSES SCHINDLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell,

Finch and Martin, JJ.; Dowling and Merrell, JJ., dissent and vote for reversal and a new trial ˚on the ground that no negligence was shown on the part of the defendant.